1   **ROBERT H. HENSSLER, JR.**
    California Bar No. 216165
2   FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
3   San Diego, California  92101-5008
    Telephone:  (619) 234-8467
4   Facsimile: (619) 687-2666
    Robert_Henssler@fd.org
5

6   Attorneys for Defendant

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            )  Case No.  08MJ8622
                                         )
11          Plaintiff,                   )
                                         )
12  v.                                   )  **NOTICE OF APPEARANCE**
                                         )
13  JOSE ARROYO-SOTELO,                  )
                                         )
14          Defendant.                   )
                                         )
15  _____  )

16          Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Robert

17  R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18  the above-captioned case.

19                              Respectfully submitted,

20

21  Dated:  July 17, 2008              /s/   *Robert R. Henssler, Jr.*
                                       **ROBERT R. HENSSLER, JR.**
22                                     Federal Defenders of San Diego, Inc.
                                       Robert_Henssler@fd.org
23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: July 17, 2008                           */s/ Robert R. Henssler, Jr.*
                                               **ROBERT R. HENSSLER, JR.**
                                               Federal Defenders of San Diego, Inc.
                                               Robert_Henssler@fd.org

2